# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BANK OF AMERICA, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | CASE NUMBER: C13-1726RAJ |
| v. | |
| ANTHONY G. MWAURA and NOELLE W. GICHOHI, | |
| Defendants. | |

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is entered in favor of Bank of America and against Defendants Anthony G. Mwaura and Noelle W. Gichohi.

IT IS FURTHER ORDERED THAT

(1) The document entitled "Assignment of Deed of Trust" and recorded in the King County Recorder's Office on October 13, 2010 as instrument number 20101013001232 is VOID;

(2) The document entitled "Deed of Full Reconveyance" and recorded in the King County Recorder's Office on October 13, 2010 as instrument number 20101013001233 is VOID; and

///
///
///
///
///
///

(3) The Deed of Trust recorded in the King County Recorder's Office on August 13, 2007 as instrument number 20070813002368 against the real property commonly known as 1814 South 286th Lane, #P102, Federal Way, Washington ("Property") remains a valid lien against the Property and maintains the same lien priority that it possessed prior to the execution and recording of the documents entitled "Assignment of Deed of Trust" and "Deed of Full Reconveyance."

Dated this 28th day of January, 2016.

                WILLIAM M. McCOOL,
                Clerk of the Court

      By:   */s/ Victoria Ericksen*
                  Deputy Clerk